UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| GARY R. HANKIN | * | Case No. 07-15552-DWK |
| DEBRA L. HANKIN | * | (Chapter 13) |
| Debtors | * | |

\*   \*   \*   \*   \*   \*   \*

## JOINT STATUS REPORT

Douglas R. Gorius, counsel for Debtors, and Ellen W. Cosby, Trustee, through her counsel, R. Martin Caskey, jointly submit this Status Report in accordance with the court's instructions.

1. The parties agree that an evidentiary hearing in this matter IS required.

2. The evidentiary hearing in this matter should take approximately one-half a day.

Dated: January 9, 2008

| //s// | //s// |
|---|---|
| Douglas R. Gorius | R. Martin Caskey |
| Bar No.: 25387 | Bar No.: 25451 |
| Sirody, Freiman & Feldman, P.C. | P.O. Box 20016 |
| 1777 Reisterstown Road, Suite. 360 E | Baltimore, MD 21284-0016 |
| Baltimore, MD 21208 | (410) 825-5923 |
| (410) 415-0445 | Counsel for Trustee |
| Counsel for Debtors | |

1