

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

| | | |
|---|---|---|
| In Re: | * | |
| Gary R. Hankin and | * | Case No. 07-15552-DK |
| Debra L. Hankin | * | Chapter 13 |
| Debtor(s) | * | |

### SCHEDULING ORDER FOR HEARING ON CONFIRMATION OF PLAN

For good cause appearing, IT IS ORDERED

1. The original and two copies of the exhibit list and exhibits and list of witnesses are to be filed as required by Local Bankruptcy Rule 7016-1(c), and copies exchanged with opposing counsel by **February 20, 2008.**

   **INSTRUCTIONS FOR EXHIBITS REQUIRED TO BE PRE-FILED.**

   Each set of pre-filed Exhibits shall be bound, or in loose leaf cover, and shall begin with the exhibit list identifying each exhibit by number. Each exhibit shall be tabbed by exhibit number.

   **IF EXHIBITS ARE NOT PRE-FILED AS REQUIRED BY THIS ORDER, THEY MAY BE EXCLUDED FROM EVIDENCE**.

2. Exhibits not objected to in writing by **March 6, 2008**, will stand as admitted into evidence.

3. Hearing time estimate **1/2 day**.

4. HEARING ON CONFIRMATION OF PLAN IS SET FOR **March 13, 2008**, at **2:00 p.m.**

2

cc:     See Attached List

Sched-33.1 --  2/23/05 lbg*

**End of Order**

2