

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   07−15552 − DK   Chapter:   13

| | |
|---|---|
| Gary R. Hankin | Debra L. Hankin |
| 7 Chasemount Court | 7 Chasemount Court |
| Baltimore, MD 21209−1054 | Baltimore, MD 21209 |

## ORDER CONVERTING CHAPTER 13 CASE
## TO A CASE UNDER CHAPTER 7
## ON DEBTOR(S)' REQUEST

Upon the consideration of the motion/application of the Debtor(s) requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor(s) to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor(s)
      Attorney for Debtor(s) − Adam M. Freiman
      Chapter 13 Trustee − Ellen W. Cosby
      p.69

**13.6 −** *jjohnson*

## End of Order