Form 8
(10/05)

# United States Bankruptcy Court
## District of Maryland

In re **Gary R. Hankin**
**Debra L. Hankin**

Debtor(s)

Case No. **07-15552**
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

- ■ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
- ☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
- ■ I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| air/heat unit | BGE Home Products & Services | X | | | |
| 7 Chasemount Court Baltimore, MD  21209 | EMC Mortgage Company | X | | | |
| 7 Chasemount Court Baltimore, MD  21209 | EMC Mortgage Company | X | | | |
| 2006 Infinita FX35 (leased) | Infiniti Financial Services | X | | | |
| 2005 Nissan Pathfinder (leased) | Nissan Motor Acceptance Corporation | X | | | |
| 7 Chasemount Court Baltimore, MD  21209 | Summit Chase | X | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date **September 11, 2009**   Signature **/s/ Gary R. Hankin**
**Gary R. Hankin**
Debtor

Date **September 11, 2009**   Signature **/s/ Debra L. Hankin**
**Debra L. Hankin**
Joint Debtor