

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:　Case No.:　07−15552 − DK
　　　　DK　　Chapter:　7

Gary R. Hankin
3 Trotters Court
Apt. 202
Pikesville, MD 21208

Debra L. Hankin
3 Trotters Court
Apt. 202
Pikesville, MD 21208

Deficient Pleading No. − 80

Financial Management Course

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

　Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

　ORDERED, that the above−referenced filing is stricken from the official record of the instant case.

cc:　Debtor(s)
　　Attorney for Debtor(s) − Adam M. Freiman
　　Chapter 7 Trustee − Charles R. Goldstein
　　U.S. Trustee
　　Interested Party − n/a
　　p.80

**14.1 − *jjohnson***

**End of Order**