

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:   Case No.:   07−15552 − DK
DK    Chapter:  7

Gary R. Hankin
3 Trotters Court
Apt. 202
Pikesville, MD 21208

Debra L. Hankin
3 Trotters Court
Apt. 202
Pikesville, MD 21208

Deficient Pleading No. − 80

Financial Management Course

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

   Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

   ORDERED, that the above−referenced filing is stricken from the official record of the instant case.


cc:   Debtor(s)
      Attorney for Debtor(s) − Adam M. Freiman
      Chapter 7 Trustee − Charles R. Goldstein
      U.S. Trustee
      Interested Party − n/a
      p.80

**14.1 − *jjohnson***

                                **End of Order**